**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 427 MAL 2021

            Respondent            :

                                          :   Petition for Allowance of Appeal
                                          :   from the Order of the Superior Court

            v.                           :

                                          :

JAMAR MCDANIELS,                   :

            Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.